IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS: | February 14, 2019 |
| Status Conference | Scheduled for: 1:00 PM |
| | Commenced: 1:16 PM |
| | Ended: 1:31 PM |

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff                                                             CRIMINAL 18-0558CCC

vs

1) JOENDY OMAR NEGRON LAPORTE

2) EUGENE PERCY ANTONMARCHI ARRIAGA

3) EDWIN RIOS LUCIANO

4) JOSE EDGARDO RIVERA

5) WILCELINO MELENDEZ AVILA

6) NEFTALI JURADO RIVERA

7) CHRISTOPHER JURADO RIVERA

Defendants

---

Status conference called on February 14, 2019. Present were Assistant U.S. Attorney Seth Erbe in substitution for Assistant U.S. Attorney Teresa Zapata who is engaged in the trial before Judge Pedro Delgado in Criminal

MINUTES OF PROCEEDINGS:                                                                -2-
Status Conference
Criminal 18-0558CCC
February 14, 2019

No. 15-696(PAD) but who will be handling the trial of this case. All defense attorneys were present as follows: Assistant Federal Public Defender Víctor M. Chico Luna for defendant [1] Joendy Omar Negrón Laporte, Mariángela Tirado Vales for defendant [5] Wilcelino Meléndez Avila, Laura Maldonado Rodríguez for defendant [6] Neftalí Jurado Rivera, Diego Alcalá for defendant [2] Eugine Percy Antonmarchi Arriaga and substituting for defense attorney Miguel Oppeinheimer who represents defendant [4] José Edgardo Rivera, and Raymond Rivera Esteves for defendant [7] Christopher Jurado Rivera and in substitution of attorney Humberto Guzmán Rodríguez for defendant [3] Edwin Ríos Luciano.

The United States informed that there are cell phone extractions pending discovery. All defense attorneys requested a period of thirty (30) days to conclude plea negotiations and to allow for attorney Oppenheimer to conclude his participation in Criminal No. 15-696(PAD).

The parties are GRANTED a final term until **MARCH 18, 2019** to conclude plea negotiations and to allow for Assistant U.S. Attorney Zapata and for defense attorney Oppenheimer to conclude their participation in Criminal No. 15-696(PAD), which is estimated to last several more weeks.

MINUTES OF PROCEEDINGS:                                              -3-
Status Conference
Criminal 18-0558CCC
February 14, 2019

    The jury trial is RESET, within speedy trial constraints, for **APRIL 5, 2019** at **2:30 PM**.

                                          S/María Luz Díaz, Judicial Assistant