IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>            v.<br><br>EUGENE PERCY ANTONMARCHI<br>ARIAGA (2)<br>    Defendant. | Criminal no. 18-558 (CCC) |

**MOTION TO OBTAIN AUTHORIZATION TO TRAVEL**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Antonmarchi Arriaga, and respectfully states and prays as follows:

Mr. Antonmarchi was arrested on August 23, 2018, at a residence located in Calle Diamante #407 of the Urbanización Brisas de Laurel, in Cotto Laurel, Puerto Rico. It is necessary to therefore travel and inspect said residence, as certain material facts are need to be corroborated as part of the investigation and preparation for the underlying case.

**WHEREFORE**, Mr. Antonmarchi Arriaga respectfully requests that this Honorable Court approve the necessary travel to Ponce, Puerto Rico for the reasons stated herein.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10$^h$ day of April 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247

Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com