# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　v.<br><br>EUGENE PERCY ANTONMARCHI ARRIAGA (2)<br>　Defendant. | Criminal no. 18-558 (CCC) |

## MOTION TO RETURN TO THE JURISDICTION

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Antonmarchi Arriaga, and respectfully states and prays as follows:

During the status conference held on April 9, 2019, the Court was advised that Mr. Antonmarchi-Arriaga was scheduled to be transferred out of the jurisdiction by the US Marshalls while his case was pending and that it was requested that an Order be entered so that Mr. Antonmarchi-Arriaga could remain in the jurisdiction so that he may assist counsel in preparation to his defense.

Recently the US Marshalls transported Mr. Antonmarchi-Arriaga to the Tallahatchie County Correctional Facility, located in Tutwiler, Mississippi.

Counsel renews his request to have Mr. Antonmarchi-Arriaga be returned to the jurisdiction as to conclude all matters pending before this Court.

**WHEREFORE**, Mr. Antonmarchi Arriaga respectfully requests that this Honorable Court approve the request for the reasons stated herein.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of April 2019.

I **HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
