IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS:<br>Status Conference | April 9, 2019<br>Scheduled for: 1:45 PM<br>Commenced: 2:15 PM<br>Ended: 2:30 PM |

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff					CRIMINAL 18-0558CCC

vs

1) JOENDY OMAR NEGRON LAPORTE

2) EUGENE PERCY ANTOMMARCHI ARRIAGA

3) EDWIN RIOS LUCIANO

4) JOSE EDGARDO RIVERA

5) WILCELINO MELENDEZ AVILA

6) NEFTALI JURADO RIVERA

7) CHRISTOPHER JURADO RIVERA

Defendants

---

Status conference held on April 9, 2019, as scheduled. Present were A.U.S.A. Teresa Zapata Valladares and the following defense attorneys: A.F.P.D. Víctor P. Miranda Corrada, for defendant [1] Joendy Omar Negrón

Laporte; Diego H. Alcalá Laboy, for defendant [2] Eugine Percy Antonmarchi Arriaga; Humberto Guzmán Rodríguez, for defendant [3] Edwin Ríos Luciano; Miguel Oppenheimer, for defendant [4] José Edgardo Rivera; Mariángela Tirado Vales, for defendant [5] Wilcelino Meléndez Avila; and Raymond Rivera Esteves, for defendant [7] Christopher Jurado Rivera.  Attorney Laura Maldonado, who represents defendant [6] Neftalí Jurado Rivera, was authorized to be substituted by attorney Diego Alcalá.

Government has completed discovery of all documents that will be used as trial evidence.  Cell phone extractions shall be produced by **MAY 24, 2019**.  Defendants report no reciprocal discovery.

Defendants requested an evidence inspection.  The United States and defendants will coordinate the evidence inspection to be done during April 2019.

The parties are GRANTED until **MAY 15, 2019** to conclude plea negotiations.

The jury trial is RESET, within speedy trial constraints, for **MAY 28, 2019** at **2:30 PM**.

S/María Luz Díaz, Judicial Assistant