IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| MINUTES OF PROCEEDINGS: | June 17, 2019 |
| --- | --- |
| Status Conference | Scheduled for: 1:30 PM |
| | Commenced: 3:00 PM |
| | Ended: 3:05 PM |

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff　　　　　　　　　　　　　　　CRIMINAL 18-0558CCC

vs

1) JOENDY OMAR NEGRON LAPORTE

2) EUGENE PERCY ANTONMARCHI ARRIAGA

3) EDWIN RIOS LUCIANO

4) JOSE EDGARDO RIVERA

5) WILCELINO MELENDEZ AVILA

6) NEFTALI JURADO RIVERA

7) CHRISTOPHER JURADO RIVERA

Defendants

---

Status Conference held on June 17, 2019, as scheduled. Present were A.U.S.A. Teresa S. Zapata Valladares; A.F.P.D. Víctor P. Miranda Corrada, for defendant [1] Joendy Omar Negrón Laporte; Humberto Guzmán

Rodríguez, for defendant [3] Edwin Ríos Luciano; Mariángela Tirado Vales, for defendant [5] Wilcelino Meléndez Avila; and Laura Maldonado Rodríguez, for defendant [6] Neftalí Jurado Rivera. Miguel Oppenheimer, counsel for defendant [4] José Edgardo Rivera, is on trial. He is admonished that he must advise the Court beforehand of such fact. Attorneys Diego Alcalá Laboy, counsel for defendant [2] Eugine Percy Antonmarchi Arriaga, and Raymond Rivera Esteves, counsel for defendant [7] Christopher Jurado Rivera, were absent without excuse. Order to Show Cause to be issued as to attorneys Alcalá and Rivera.

The United States and all defense attorneys will meet on **JUNE 27, 2019** at **4:00 PM** to discuss case.

A final status conference will be held on **JULY 11, 2019** at **2:00 PM**.

S/María Luz Díaz, Judicial Assistant